IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM BRYANT,
DOC # 076720
    Plaintiff,

vs.                                        Case No.:  5:13cv339/RS/EMT

UNLIMITED PATH INC., et al.,
    Defendants.
_____/

**REPORT AND RECOMMENDATION**

      This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1). By order of this court dated December 2, 2013, Plaintiff was given thirty (30) days in which to pay an initial partial filing fee in the amount of $46.66 (doc. 9). Plaintiff was subsequently given an extension to May 30, 2014, in which to pay the partial filing fee (*see* docs. 15, 16). Plaintiff failed to pay the initial partial filing; therefore, on June 13, 2014, the court issued an order requiring Plaintiff to show cause, within twenty-one (21) days, why this action should not be dismissed for failure to comply with an order of the court (doc. 20). The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to pay the initial partial filing fee or explain his inability to do so.[1]

      Accordingly, it is respectfully **RECOMMENDED**:

      That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

---

[1] The docket reflects that the copy of the show cause order mailed to Plaintiff at his address of record was returned as undeliverable on June 30, 2014, with a notation that Plaintiff was released and his forwarding address was 609 Allen Avenue, Panama City, Florida 32401 (doc. 21). The clerk of court re-mailed the copy to Plaintiff at the release address, but it was also returned as undeliverable (doc. 22). Plaintiff has not notified the court of an address change.

At Pensacola, Florida, this 24<u>th</u> day of July 2014.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).