IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM BRYANT,

    Plaintiff,

v.                                  CASE NO. 5:13-cv-339-RS-EMT

UNLIMITED PATH INC., et al.,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 23). No objections were filed. The Magistrate Judge's Report and Recommendation was returned to the Clerk as undeliverable (Doc. 24). I have reviewed the report and recommendation *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is **DISMISSED without prejudice** for failure to comply with an order of the court.

3. The Clerk is directed to close this case and terminate all pending motions.

**ORDERED** on August 25, 2014.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**